```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

```
STEPHANIE SMITH,                     :
o/b/o ROSA L. STEVENS, deceased,     :
                                     :
     Plaintiff,                      :
                                     :
v.                                   :   CIVIL ACTION 06-0708-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
     Defendant.                      :
```

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in Defendant Michael J. Astrue and against Plaintiff Stephanie Smith on behalf of Rosa L. Stevens, deceased.

DONE this 21st day of May, 2007.

```
                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE
```